# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

V.            CASE NO. 5:21-CR-50029-001

JESSICA HARCROW            DEFENDANT/MOVANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 190) of Magistrate Judge Christy Comstock, filed on November 18, 2022.  The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 190) is **ADOPTED IN ITS ENTIRETY**, and the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 176) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 6th day of December, 2022.

           */s/ Timothy L. Brooks*
           TIMOTHY L. BROOKS
           UNITED STATES DISTRICT JUDGE